NATIONAL LABOR RELATIONS
BOARD, Petitioner,

The United States Playing Card
Company, Intervenor,

v.

CINCINNATI LOCAL 271, LITHOG-
GRAPHERS & PHOTOENGRAVERS
INTERNATIONAL UNION, AFL-CIO,
Respondents.

No. 73-1922.

United States Court of Appeals,
Sixth Circuit.

Argued April 4, 1974.

Decided April 16, 1974.

Peter G. Nash, Gen. Counsel, John S. Irving, Deputy Gen. Counsel, Patrick Hardin, Associate Gen. Counsel, Elliott Moore, Deputy Associate Gen. Counsel, John H. Ferguson, Richard A. Cohen, Attys., National Labor Relations Board, Washington, D. C., on brief, for petitioner.

Harold S. Freeman, Gregory L. Hellrung, Cincinnati, Ohio, on brief, for intervenor, The United States Playing Card Co.; Dinsmore, Shohl, Coates & Deupree, Cincinnati, Ohio, of counsel.

Eugene Cotton, Russell Woody, Chicago, Ill., on brief, for respondents; Cotton, Watt, Jones, King & Bowlus, Chicago, Ill., of counsel.

Before CELEBREZZE, McCREE and ENGEL, Circuit Judges.

ORDER

This cause came on to be heard on the record and the briefs and arguments of counsel. Upon due consideration thereof, the court is of the opinion that while it might have been better to defer the issues therein to arbitration, the Board's failure to do so does not amount to an abuse of discretion, and it further appearing to the court that the decision and order of the Board, reported at 204 NLRB No. 65, are supported by substantial evidence on the record as a whole, now therefore

It is ordered that the order of the Board be and it is hereby enforced.

UNITED STATES of America,
Appellee,

v.

Saul M. KOHN, Appellant.

No. 1032, Docket 74-1217.

United States Court of Appeals,
Second Circuit.

Argued May 9, 1974.

Decided May 10, 1974.

Aaron R. Schacher, Brooklyn, N. Y., for appellant.

Ethan A. Levin-Epstein, Asst. U. S. Atty. (Edward John Boyd, V, U. S. Atty., for the Eastern District of New York, Raymond J. Dearie, Asst. U. S. Atty., on the brief), for appellee.

Before ANDERSON, FEINBERG and MANSFIELD, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed upon the well considered opinion of Judge Costantino. 365 F.Supp. 1031 (1973).